UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARTIN A. MYERS,,

        Plaintiff,

v.                                                                       Case No. 6:06-cv-485-Orl-28KRS

OMAR SANTIAGO,

        Defendant.
_____/

## ORDER

Plaintiff in this action seeks to proceed without the payment of filing fees and costs. Pursuant to Rule 4.07(a), Rules of the United States District Court for the Middle District of Florida, "the party seeking leave to proceed *in forma pauperis* shall pay a stated portion of the Clerk's and/or Marshal's fees within a prescribed time, failing which the action may be dismissed without prejudice." Moreover, 28 U.S.C. §1915(b) provides, in pertinent part, as follows:

> [I]f a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee.[1] The court shall assess and, when funds exist, collect, as a partial payment of any court fees required by law, an initial filing fee of 20 percent of the greater of --
>
> (A) the average monthly deposits to the prisoner's account; or
>
> (B) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint or notice of appeal.
>
> (2) After payment of the initial partial filing fee, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. The agency having custody of the prisoner shall forward payments from the prisoner's account to the clerk of the court each time the amount in the account exceeds $10 until the filing fees are paid.

The records in this case show that the average monthly deposits to Plaintiff's prisoner account were $34.86. The average monthly balance in Plaintiff's prisoner account for the 6 month period immediately preceding the filing of the petition

---

[1] The filing fee for a civil case is **$350.00**.

was $16.70. Twenty percent of the greater of these two amounts is $6.97. Accordingly, in order to continue the prosecution of this case, Plaintiff shall, within **TWENTY (20) DAYS** from the date of this order, pay $6.97 to the Clerk of the Court. The failure to do so will result in the dismissal of this action without further notice. A check from a penal institution, a cashier's check, or a money order should be made payable to "Clerk, U.S. District Court." Personal checks will not be accepted.

**DONE AND ORDERED** at Orlando, Florida, this 5th day of July, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE


Copies to:
pslc 7/5
Martin A. Myers